IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ARTHUR STANLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 15-CV-1252-SMY |
| | ) |
| TIMOTHY WILSON, JR., et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

# MEMORANDUM AND ORDER

This matter comes before the Court on Plaintiff's Motion for Leave to Appeal *in forma pauperis* (Doc. 38). Plaintiff's Notice of Appeal was filed on November 18, 2016 (Doc. 37). As an initial matter, the Notice of Appeal references various orders entered in various cases Plaintiff has filed in this district. Moreover, the Court has not been able to identify a particular reference to any order entered in the instant case in the Notice. As such, the Court can only assume, as is indicated on the docket, that Plaintiff's Notice of Appeal was filed as to the most recent order entered – the denial of Plaintiff's previous IFP motion (Doc. 35). That being the case, Plaintiff's only recourse is to either pay the required docketing fee or to file a motion to proceed on appeal *in forma pauperis* directly with the Court of Appeals. See, *Federal Rule of Appellate Procedure 24(a)*.

Accordingly, Plaintiff's Motion for Leave to Appeal *in forma pauperis* (Doc. 29) is **DENIED**.

    **IT IS SO ORDERED.**

    **DATED: November 21, 2016**

    **s/ Staci M. Yandle**
    **STACI M. YANDLE**
    **United States District Judge**